Thomas E. May
BANKRUPTCY TRUSTEE
5980 Foothills Blvd. 3-484
Roseville, CA 95747
(916) 740-4329

FILED
September 02, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002901318

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### Sacramento Division

In Re,

GOUVEA, JEFFREY LYN & DEBRA LEE GOUVEA

,Debtor(s)

Case No. 10-36806

DCN: TEM - 01
DATE: October 4, 2010
TIME: 9:00 a.m.
DEPT: Dept, A Courtroom 28, Seventh Floor

## MOTION FOR SALE OF ASSETS AND DECLARATION OF THOMAS E. MAY

I, THOMAS E. MAY, the duly appointed trustee in the above entitled matter, hereby move for an order authorizing the sale of assets of the estate.

1. The Debtors herein filed Chapter 7 bankruptcy on 06/25/10. I have been appointed Trustee for the estate.

2. The Debtors have listed in their bankruptcy schedules, Schedule B, an interest in a 2001 Chevy Silverado VIN#2GCEK19VX11108314 ("vehicle 1") and a 2002 Hyundai Accent L VIN#KMHCF35G72U21074 ("vehicle 2"). The Debtor has exempted "vehicle 1" for $2,725.00 on amended schedule C and has exempted "vehicle 2" for zero ($00.00) on amended schedule C.

3. There are no perfected security interests against either of the vehicles.

4. The Trustee has investigated the value of these assets on line with Kelley Blue Book and has determined that the estates equity in both vehicles is $5,150.00 in total.

5. The Trustee has received an offer from the Debtors, Jeffrey Lyn Gouvea & Debra Lee Gouvea, to purchase the equity in both vehicles for $5,150.00. The Buyer shall be responsible for any and all sales tax and transfer fees, if any. The Buyer has paid a down payment of $1,900.00, and has promised to pay six (6) equal monthly payments of $650.00 to the Trustee. (Grand total $5,150.00). The Trustee has accepted this offer subject to the approval of the United States Bankruptcy Court and subject to overbid.

6. Overbidding is recommended in increments of $300.00 with overbids starting at a value of $5,450.00 or higher. The successful buyer shall pay to the Trustee the purchase price by 5 p.m. of October 4, 2010 by certified funds at the office address of 5098 Foothills Blvd. 3-484, Roseville, CA 95747. At that time, the Trustee will provide the buyer with a Bill of Sale and the vehicle.

7. The Trustee requests authority to sell the estates interest in the vehicles for $5,150.00 under the terms stated above to Debtor Jeffrey Lyn Gouvea & Debra Lee Gouvea.

For the reasons above, I pray for an order as follows:

1. The court approve the sale of "vehicle 1" and "vehicle 2" described above to Debtor Jeffrey Lyn Gouvea & Debra Lee Gouvea, or over-bidder at a higher value;
2. This Court authorizes the Trustee to provide a Bill of Sale and exercise any other documents to transfer the vehicle to the buyer; and
3. For such other and further relief as the Court deems appropriate.

DATE: September 2, 2010

_____
Thomas E. May,
Chapter 7 Trustee